ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN -8 PM 4: 46

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JAMES CRAYON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 315-013 |
| ) | |
| DAVE CHANEY, Doctor; ) | |
| KEVIN ASHLEY, CO II; and ) | |
| CHARLES DENSEN, CO II, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 12). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES AS MOOT** Plaintiff's motion to preserve evidence (doc. no. 3), **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this ___ day of June, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE