# United States District Court
## Southern District of Georgia

JAMES CRAYON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-013

DAVE CHANEY, Doctor; KEVIN ASHLEY, COII; and CHARLES DENSEN, COII,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 8, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.

June 9, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk